# Order

**Lansing, Michigan**

July 25, 2011

141885(75)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHAEL BURT,
            Petitioner-Appellant,

v

DEPARTMENT OF TREASURY,
            Respondent-Appellee.

SC: 141885
COA: 290868
Tax Tribunal: 00-313389

_____/

On order of the Court, the motion for reconsideration of this Court's March 8, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

d0718

_Corbin R. Davis_

Clerk